UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TARON ERIC MULDROW,

Plaintiff,

-against-

KEVIN B. FAGA, JUDGE BROWNE,

Defendants.

**ORDER OF DISMISSAL**

26-CV-06851 (PMH)

PHILIP M. HALPERN, United States District Judge:

By order dated September 9, 2026, the Court directed Plaintiff to file an amended complaint within thirty days. (Doc. 13). That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint. Accordingly, the complaint is dismissed for lack of subject matter jurisdiction.

The Clerk of Court is respectfully requested to mail a copy of this order to Plaintiff and close this case.

SO ORDERED:

Dated: White Plains, New York
October 22, 2026

Philip M. Halpern
United States District Judge